UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:14-cv-01102-GBL-TRJ |
| DEREK FRICKE, | : |
| Defendant. | : |

MAR − 6 2015

## ORDER

Before the court is defendant's Unopposed Motion for Defendant to Proceed Anonymously and to Redact Defendant's Name from the Record. (Docket No. 18). Upon consideration of the motion and the incorporated memorandum in support, it is hereby

ORDERED that Defendant's Unopposed Motion for Defendant to Proceed Anonymously and to Redact Defendant's Name from the Record is granted in part. The Clerk of Court is directed to seal docket nos. 10-18 and to modify docket entries beginning on December 12, 2014, replacing the name of the defendant with the term "defendant." It is further

ORDERED that plaintiff file a redacted version of the Amended Complaint (Docket No. 10), omitting any and all references to the defendant's name. Similarly, the defendant is directed to file a redacted version of the Answer to Plaintiff's Amended Complaint (Docket No. 14), as well as the motion currently before this court (Docket No. 18). Lastly, recognizing that several Orders entered by this court have made similar references to the defendant's name (Docket Nos. 16, 17 and 18), redacted copies of those orders will be provided to the Clerk of Court for entry.

Entered this the 4th day of March, 2015.

/s/
Thomas Rawles Jones, Jr.
United States District Court Judge

Alexandria, Virginia